PROB 12A
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
### FOR THE
## SOUTHERN DISTRICT OF IOWA

### Report on Offender Under Supervision

---

**Name of Offender:** Andy Wayne Atwood  **Case Number:** 4:12-cr-00050

**Name of Sentencing Judicial Officer:** James E. Gritzner, Senior U.S. District Judge

**Date of Original Sentence:** January 17, 2013

**Original Offense:** 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), 851 – Possession with Intent to Distribute 50 Grams or More of a Mixture and Substance Containing Methamphetamine and Five Grams or More of Actual Methamphetamine

**Original Sentence:** 195 months imprisonment; 96 months supervised release

**Date Current Supervision Commenced:** November 2, 2022

**Prior Modification(s)/Revocation(s):** None

---

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following conditions of supervision:

| **Violation** | **Nature of Noncompliance** |
|---|---|
| 1. Alcohol Use | On February 24, 2024, Mr. Atwood provided a urine screen at the Probation Office that tested presumptive positive for alcohol. Subsequently, Mr. Atwood admitted consuming a mixed vodka drink four days ago. |

### U.S. Probation Officer Action:

On said date, the Probation Office spoke with Mr. Atwood regarding said behavior. Mr. Atwood disclosed for the last two months, he has been consuming mixed vodka drinks approximately two times per week. The Probation Office counseled Mr. Atwood on the seriousness of his noncompliance. The Probation Office will increase preliminary breath testing to monitor alcohol use. Additionally, the Probation Office directed Mr. Atwood to contact his substance abuse treatment therapist to schedule a substance abuse treatment evaluation. Lastly, the Probation Office will utilize cognitive behavioral treatment to facilitate behavior change.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 24, 2023

by: *CJ Bauman* (signature)
CJ Bauman
U.S. Probation Officer

**The Probation Office recommends that no further action be taken at this time.**

U.S. v. Andy Wayne Atwood (4:12-cr-00050)                                    Report on Offender Under Supervision

The United States Attorney's Office:

☒   Does not object to the proposed action.

☐   Objects but does not request a formal hearing
    be set.

**Amy Jennings**
Assistant United States Attorney

☐   Objects and will petition the Court requesting
    that a formal hearing be set.

_____
Signature

### THE COURT ORDERS:

*No response or signature is necessary unless the Court directs that additional action be taken as follows:*

☐   Submit a request for modification of the condition
    or term of supervision.

☐   Submit a request for warrant or summons.
    be set.

_____
Signature of Judicial Officer

☐   Other: _____

_____
Date